THE STATE, EX REL. ADKINS, APPELLANT, *v.* SPEARS ET AL., D.B.A. SPEARS NURSING HOME; INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as State, ex rel. Adkins, *v.* Spears (1988), 36 Ohio St. 3d 54.]

(No. 86-1776—Decided April 6, 1988.)

stated in *State, ex rel. Swan,* v. *Midland Indus. Elec. Co.* (1988), 36 Ohio St. 3d 53, 521 N.E. 2d 787, decided this day, we reverse the judgment of the court of appeals and remand this cause to the commission for consideration of appellant's age, education, work record and other factors, such as physical, psychological, and sociological. The commission shall issue an amended order identifying which of the above factors were considered and its findings after such consideration.

*Michael J. Muldoon,* for appellant. *Anthony J. Celebrezze, Jr.,* attorney general, *Helen M. Ninos* and *Merl H. Wayman,* for appellee.